**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOOTEN, | No. C03-02558 MJJ |
| Plaintiff, | **ORDER RE SUPPLEMENTAL BRIEFING** |
| v. | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL, | |
| Defendant. | |

On May 30, 2006, the Court will hold a bench trial in this matter. In reviewing the docket, it does not appear that the parties filed proposed findings of fact and conclusions of law. Accordingly, the Court directs the parties to file proposed findings of fact and conclusions of law, *including citations to the evidentiary record*, when applicable, by 8:00 a.m., on Tuesday, May 30, 2006. Additionally, the parties shall submit to the Court a copy of their proposed findings of fact and conclusions of law on disk, in Wordperfect 10 format

**IT IS SO ORDERED.**

Dated: 5/25/2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE