UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WOOTEN, | No. C 03-2558 MJJ  (JL) |
| Plaintiff, | |
| v. | **ORDER** |
| PRUDENTIAL INSURANCE CO, ET AL., | |
| Defendants. | |

The Court reviewed the pleadings on file in this action on Plaintiff's Application for An Award of Attorney's Fees and Costs. The Court finds this matter suitable for decision without oral argument as provided by Civil Local Rule 7-1(b). Accordingly the hearing scheduled for January 10, 2007 is hereby vacated.

IT IS SO ORDERED.

DATED: January 8,  2007

JAMES LARSON
Chief Magistrate Judge